James O. Preston, Respondent, v. Arthur M. Cox and Another, Copart-

ners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order to be settled on notice. Present—Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.